UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF HEARING OF PETITIONS FOR NATURALIZATION DURING YEAR 2006 | MISC. NO. 05-205(JAF) |

## AMENDED ORDER

Pursuant to authority vested in the Court under the provisions of Section 334(c) of the Immigration and Naturalization Act (8 U.S.C. 1445(c)),

IT IS HEREBY ORDERED that action on Petitions for Naturalization during year 2006 shall take place on the following days, to wit:

| | |
|---|---|
| January 31, 2006 (JP) | July 3, 2006 (JAF)  Special Ceremony (Independence Day) |
| February 9, 2006 (JAG) | August 3, 2006 (GAG) |
| February 23, 2006 (HL) | August 24, 2006 (CVR) |
| March 9, 2006 (PG) | September 14, 2006 (DRD) |
| March 23, 2006 (DRD) | September 28, 2006 (PG) |
| April 6, 2006 (CC) | October 26, 2006 (JAG) |
| April 20, 2006 (JAF) | November 9, 2006 (HL) |
| May 4, 2006 (ADC) | November 30, 2006 (RLA) |
| May 25, 2006 (SEC) | December 21, 2006 (JA) |

June 14, 2006 (JAF)
Special Ceremony (Flag Day)

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 28th day of February, 2006.

JOSE A. FUSTE
CHIEF U.S. DISTRICT JUDGE