UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF HEARING OF
PETITIONS FOR NATURALIZATION
DURING YEAR 2006

MISC. NO. 05-205(JAF)

THIRD AMENDED ORDER[1]

Pursuant to authority vested in the Court under the provisions of Section 334(c) of the Immigration and Naturalization Act (8 U.S.C. 1445(c)),

IT IS HEREBY ORDERED that action on Petitions for Naturalization during year 2006 shall take place on the following days, to wit:

| | |
|---|---|
| January 31, 2006 (JP) | July 3, 2006 (JAF) Special Ceremony (Independence Day) |
| February 9, 2006 (JAG) | August 3, 2006 (GAG) |
| February 23, 2006 (HL) | August 17, 2006 (JAF) |
| March 9, 2006 (PG) | August 24, 2006 (CVR) |
| March 23, 2006 (DRD) | September 14, 2006 (DRD) |
| April 6, 2006 (CC) | September 21, 2006 (GAG) |
| April 20, 2006 (JAF) | September 28, 2006 (PG) |
| May 4, 2006 (ADC) | October 26, 2006 (JAG) |
| May 25, 2006 (SEC) | November 9, 2006 (HL) |
| June 14, 2006 (JAF) Special Ceremony (Flag Day) | November 30, 2006 (RLA) |
| | December 21, 2006 (JA) |

IT IS SO ORDERED.

In San Juan, Puerto Rico, this ____ day of August, 2006.

JOSE A. FUSTE
CHIEF U.S. DISTRICT JUDGE

---

[1] This Order has been amended to include the ceremony of September 21, 2006.